**Electronically Filed
Supreme Court
SCPW-26-0000338
10-JUL-2026
01:36 PM
Dkt. 7 ODDP**

SCPW-26-0000338

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN RE DELTON AVILLA

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPC-25-0000946)

ORDER DENYING PETITION WITHOUT PREJUDICE
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Remigio, assigned by reason of vacancy)

Upon consideration of the document filed April 23, 2026, which we construe as a petition for extraordinary writ, and the record, Petitioner may seek dismissal in the circuit court. An extraordinary writ is unwarranted. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied without prejudice to consideration by the circuit court.

DATED: Honolulu, Hawai'i, July 10, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Catherine H. Remigio

